UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62687-CIV-SINGHAL/VALLE

JENNIE MARTINEZ,

      Plaintiff,

vs.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

      Defendant.
_____/

## <u>ORDER ADOPTING MAGISTRATE JUDGE'S<br> REPORT AND RECOMMENDATION</u>

**THIS MATTER** is before the Court upon Defendant's Unopposed Motion for Entry of Judgment with Reversal and Remand of the Cause to the Defendant (the "Motion") (DE [26]), which was referred to the magistrate judge for Report and Recommendation.  The magistrate judge issued a Report and Recommendation (DE [27]) on January 17, 2022, recommending that the Motion be granted.  The Court has reviewed the entire file and record and has made a *de novo* review of the issues.  No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. The Commissioner's decision is **REVERSED**, and the case is **REMANDED** to the Commissioner with instructions for an ALJ to conduct a new hearing and issue a decision, fully discussing the persuasiveness and supportability of each medical opinion.

**3.** The Clerk of Court is directed to **CLOSE** the case, and all pending motions

are **DENIED AS MOOT**.

    **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 23rd day of

June 2022.

_____

RAAG SINGHAL

UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF