UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62687-CIV-SINGHAL/VALLE

JENNIE MARTINEZ,

    Plaintiff,

vs.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

**THIS MATTER** has come before the Court upon the Plaintiff's Motion for Attorneys' Fees (the "Motion") (DE [30]), which was referred to the magistrate judge for Report and Recommendation. The magistrate judge issued a Report and Recommendation (DE [36]) on January 20, 2023, recommending that the Motion be granted in part and denied in part. The Court has reviewed the entire file and record and has made a *de novo* review of the issues.

[Continued on next page]

No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (DE [36]) is **AFFIRMED** and **ADOPTED**.

2. Plaintiff's Motion for Attorneys' Fees (DE [30]) is **GRANTED in part and DENIED in part**.

3. Plaintiff is awarded a total of **$10,285.76** in attorneys' fees and **$402** in costs.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 24th day of February 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF